UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Donald L Hannah

Debtor(s)

Case No. 13-36724

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/17/2013.

2) The plan was confirmed on 11/20/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/14/2014.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,815.24 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$1,815.24**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $488.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $92.58 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$580.78**

Attorney fees paid and disclosed by debtor:   $45.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARON SALES & LEASE | Secured | 1,000.00 | 898.88 | 898.88 | 57.66 | 2.39 |
| AARON SALES & LEASE | Unsecured | 100.00 | 310.92 | 310.92 | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 3,184.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 2,690.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| Ccrservices | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 958.00 | 958.29 | 958.29 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,000.00 | 4,914.60 | 4,914.60 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,800.00 | 4,914.60 | 4,914.60 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 600.00 | 665.80 | 665.80 | 0.00 | 0.00 |
| Credit Acceptance | Unsecured | NA | 7,814.37 | 7,814.37 | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| CTI | Unsecured | 664.00 | NA | NA | 0.00 | 0.00 |
| currency exchange | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Ed/Sallie Mae | Unsecured | 3,491.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | NA | 862.77 | 862.77 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 425.42 | 425.42 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 8,000.00 | 6,688.03 | 6,688.03 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,239.38 | 2,239.38 | 0.00 | 0.00 |
| Law Offices Of Cryst | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| Law Offices Of Cryst | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | NA | 1,132.24 | 1,132.24 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 918.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nco Financial Systems, | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| OVERLND BOND | Secured | 12,000.00 | 15,834.33 | 15,834.33 | 1,018.26 | 156.15 |
| OVERLND BOND | Unsecured | 4,102.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performanc | Unsecured | 862.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,531.00 | 7,110.50 | 7,110.50 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 7,000.00 | 715.00 | 715.00 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit Servic | Unsecured | 666.00 | NA | NA | 0.00 | 0.00 |
| US Celluar | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| Village of Alsip | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,834.33 | $1,018.26 | $156.15 |
| All Other Secured | $898.88 | $57.66 | $2.39 |
| **TOTAL SECURED:** | **$16,733.21** | **$1,075.92** | **$158.54** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,688.03 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,688.03** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,313.89** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $580.78 |
| Disbursements to Creditors | $1,234.46 |
| **TOTAL DISBURSEMENTS:** | **$1,815.24** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/08/2014                             By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**